IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| STARLYN ENSZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　　Defendant. | No. 18-CV-2065-CJW<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) WITH PREJUDICE |

**NOW COME**, Plaintiff, Starlyn Ensz, and Defendant, Chase Bank USA, N.A., through their respective undersigned attorneys and respectfully state and pray:

1. On August 30, 2018, Plaintiff filed the complaint in this case (Dkt. 1).

2. On November 13, 2018, Defendant answered the complaint (Dkt. 6).

3. Federal Rule of Civil Procedure 41 provides, in relevant part:

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

　**(ii) a stipulation of dismissal signed by all parties who have appeared.**

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Fed.R.Civ.P. 41, 28 U.S.C. (emphasis added).

4. The parties have reached an agreement to settle this matter.

5. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties respectfully stipulate to the voluntary dismissal of the Complaint, with prejudice.

**WHEREFORE**, the parties respectfully request this Honorable Court to GRANT the instant request for voluntary dismissal of the Complaint with prejudice.

RESPECTFULLY SUBMITTED on January 16, 2019.

*/s/ Carlos C. Alsina*
Carlos C. Alsina
Admitted Pro Hac Vice
*Attorney for Plaintiff, Starlyn Ensz*
Law Offices of Jeffrey Lohman, PC
4740 Green River Rd., Ste. 310
Corona, CA 92880
T: (657) 363-3331
E: CarlosA@jlohman.com


STROOCK & STROOCK & LAVAN LLP
*/s/ Arjun P. Rao*
Arjun P. Rao (pro hac vice)
2029 Century Park East
Los Angeles, CA 90067
arao@stroock.com
T: (310) 556-5800
F: (310) 556-5959
*Attorneys for Chase Bank USA, N.A.*


 FAEGRE BAKER DANIELS LLP

Lance W. Lange (AT0004562)
801 Grand Avenue,
33rd Floor Des Moines,
IA 50309-8003
T: (515) 248-9000
F: (515) 248-9010
Lance.lange@FaegreBD.com
*Attorneys for Chase Bank USA, N.A.*

**CERTIFICATION**:

    I hereby certify that the foregoing document has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: January 16, 2019

                                                           By: */s/ Carlos C. Alsina*
                                                           Carlos C. Alsina
                                                           *Attorney for Plaintiff, Starlyn Ensz*
                                                           Law Offices of Jeffrey Lohman, PC
                                                           4740 Green River Rd., Ste. 310
                                                           Corona, CA 92880
                                                           T: (657)363-3331
                                                           E: CarlosA@jlohman.com

-3-

Case 6:18-cv-02065-CJW-MAR  Document 17  Filed 01/16/19  Page 3 of 3